LOUIS A. KARASIK (State Bar No. 100672)
ANDREW E. PARIS (State Bar No. 162562)
JOANN M. WAKANA (State Bar No. 232714)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California  90071

Email:  louis.karasik@alston.com
Email:  drew.paris@alston.com
Email:  joann.wakana@alston.com

Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100

Attorneys for Nonparty
DIRECTV, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caroline Behrend, Standford Glaberson, Michael Kellman, Lawrence Rudman, Joan Evanchuk-Kind, and Eric Brislawn,<br><br>     Plaintiffs,<br><br>     v.<br><br>Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., and Comcast Cable Holdings, LLC,<br><br>     Defendants. | Case No.: CV09-05435<br><br>[Underlying Case in Eastern District of Pennsylvania Case No. 03-6604]<br><br> ORDER<br><br>[Filed concurrently with Stipulation and [Proposed] Order Regarding Discovery from DIRECTV, Inc.] |

1  **ORDER**

2  FOR GOOD CAUSE SHOWN, the Stipulation and [Proposed] Order
3  Regarding Discovery from DIRECTV, Inc., filed concurrently herewith, is hereby
4  entered.

5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8  DATED:  September 3, 2009

9  Honorable Alicia G. Rosenberg
10  United States District Court
   Magistrate Judge